## Hiram E. Todd, Appellee, v. Charles P. Green, Appellant.

Gen. No. 9,759.

Heard in this court at February term, 1942; opinion filed May 14, 1942. Wallace J. Black and
Kenneth W. Black, for appellant; Morgan & Morgan, for appellee.
Opinion by JUSTICE DOVE. ''Not to be published in full.''